United States District Court
for the District of New Jersey

_____        :
                                               :
**ROBERT FUNK**                                :
                                               :     Civil No. 08-5208
         Plaintiff                             :
                                               :
         vs.                                   :     Order of Reassignment
                                               :
**CIGNA GROUP INSURANCE, ET AL.**              :
                                               :
         Defendant                             :
_____         :

It is on this 12th day of May 2009,

O R D E R E D that the entitled action is reassigned

from Judge Judge Stanley R. Chesler. to Judge Faith S. Hochberg..


                                   S/Garrett E. Brown, Jr.
                                   Garrett E. Brown, Jr., Chief Judge
                                   United States District Court